**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-70072 |
| | § | |
| ALEJANDRA MELENDEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Catherine S. Curtis, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $415,948.00 | Assets Exempt: | $15,114.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $8,135.69 | | |

3)   Total gross receipts of $8,135.69  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $8,135.69 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $137,167.27 | $107,706.94 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,536.18 | $9,092.99 | $8,135.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $95,950.00 | $95,950.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $51,666.00 | $7,186,151.99 | $7,171,151.99 | $0.00 |
| **Total Disbursements** | $188,833.27 | $7,439,593.11 | $7,276,194.98 | $8,135.69 |

4). This case was originally filed under chapter 0 on 02/27/2017. The case was converted to one under Chapter 7 on 06/30/2017. The case was pending for 43 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2021     By: /s/ Catherine S. Curtis
                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Cash | 1129-000 | $50.00 |
| Checking account Business Wells Fargo x - 3832 | 1129-000 | $1,310.58 |
| Checking account Personal Plains Capital x-0658 | 1129-000 | $209.97 |
| Checking account Wf personal x-1605: | 1129-000 | $4,195.14 |
| Electronics | 1129-000 | $140.00 |
| Firearm | 1129-000 | $80.00 |
| Inventory | 1129-000 | $190.00 |
| Jewelry | 1129-000 | $420.00 |
| Office Equip | 1129-000 | $190.00 |
| Rents | 1222-000 | $350.00 |
| Sanctions against Debtor | 1249-000 | $1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,135.69** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | VW Credit, Inc. | 4110-000 | $0.00 | $28,726.82 | $0.00 | $0.00 |
| 5 | La Joya ISD | 4800-000 | $0.00 | $84.15 | $0.00 | $0.00 |
| 6 | CWL Limited | 4110-000 | $61,393.00 | $61,763.46 | $0.00 | $0.00 |
| 7 | PACA Development Limited Partnership | 4110-000 | $16,633.63 | $17,132.51 | $0.00 | $0.00 |
| | Audi Financial | 4210-000 | $34,140.64 | $0.00 | $0.00 | $0.00 |
| | Navy Army Community Credit Union F 150 | 4210-000 | $25,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$137,167.27** | **$107,706.94** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Catherine S. Curtis, | 2100-000 | NA | $1,563.57 | $1,563.57 | $957.56 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| Catherine S. Curtis, Trustee | 2200-000 | NA | $906.38 | $906.38 | $555.09 |
| International Sureties, Ltd | 2300-000 | NA | $6.65 | $6.65 | $6.65 |
| Independent Bank | 2600-000 | NA | $15.14 | $15.14 | $15.14 |
| Integrity Bank | 2600-000 | NA | $115.25 | $115.25 | $115.25 |
| United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Law Office Andrew K Rozell, Attorney for Trustee | 3210-000 | NA | $1,675.00 | $1,675.00 | $1,675.00 |
| Hughes Watters Askanase, LLP, Attorney for Trustee | 3220-000 | NA | $4,443.19 | $3,000.00 | $3,000.00 |
| Law Office Andrew K Rozell, Attorney for Trustee | 3220-000 | NA | $401.00 | $401.00 | $401.00 |
| John Mosley, Accountant for Trustee | 3410-000 | NA | $760.00 | $760.00 | $760.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,536.18 | $9,092.99 | $8,135.69 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Heriberto Ochoa Jr. | 5600-000 | $0.00 | $19,000.00 | $19,000.00 | $0.00 |
| 2P | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9P | Guadalupe Rodriguez & Elizabeth Rodriguez | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 11P | Eric Lozoya & Ester Olmedo | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 17P | Martin Elizondo & Maria Villarreal | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 19P | Heriberto Ochoa Jr. | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 36P | Marissa Mares | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 38P | Elizabeth Gonzalez & David Figueroa | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 40P | Rosa L. Beltran | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 58P | Gilberto Garcia Hernandez | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 68P | Jesus G. Gonzalez | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 70P | Catalina Martinez | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 71P | Gonzalo Socorro Cantu Flores | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 73P | Teresa Placencia | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 75P | Julia Dianeth Cortez | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 76P | Maribel Jaime | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 78P | Jesus Alonzo Vera, Jr. and Lizette Carmona | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 79P | Jose Arebalo | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 80P | Arely Pena | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 81P | Javier Ramirez | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 82P | Alina Quintanilla | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 83P | Heberto Garcia, Jr. | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 84P | Ruben Hernandez & Yara D Euan de la Cruz | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 85P | Oscar S. Flores | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 86P | Armando Marcelo | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 87P | Israel Hernandez | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 89P | Domingo Ortega, Jr. & Cristina Elizabeth Torres | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 93P | Fermin Villanueva | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| 94P | Juan C. Garcia | 5600-000 | $0.00 | $2,850.00 | $2,850.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $95,950.00 | $95,950.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Navy Army Community Credit Union | 7100-000 | $0.00 | $783.88 | $783.88 | $0.00 |
| 8 | Wells Fargo Bank, N.A. | 7100-000 | $1,200.00 | $1,190.11 | $1,190.11 | $0.00 |
| 9U | Guadalupe Rodriguez & Elizabeth Rodriguez | 7100-000 | $0.00 | $19,150.00 | $19,150.00 | $0.00 |
| 10 | Cristian Rivas | 7100-000 | $0.00 | $22,985.00 | $22,985.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11U | Eric Lozoya & Ester Olmedo | 7100-000 | $0.00 | $33,150.00 | $33,150.00 | $0.00 |
| 12 | Yolanda Garza Cantu | 7100-000 | $0.00 | $33,500.00 | $33,500.00 | $0.00 |
| 13 | Reynaldo Muniz | 7100-000 | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| 14 | Jorge Alberto Narvaez and Diana Rodriguez | 7100-000 | $0.00 | $9,950.00 | $9,950.00 | $0.00 |
| 15 | Rodrigo Martinez | 7100-000 | $0.00 | $23,330.00 | $23,330.00 | $0.00 |
| 16 | Edgar Lugo Guerrero | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $0.00 |
| 17U | Martin Elizondo & Maria Villarreal | 7100-000 | $0.00 | $12,650.00 | $12,650.00 | $0.00 |
| 18 | Jose G. Cervantes | 7100-000 | $0.00 | $4,500.00 | $4,500.00 | $0.00 |
| 19U | Heriberto Ochoa Jr. | 7100-000 | $0.00 | $16,150.00 | $16,150.00 | $0.00 |
| 20 | Jose R. Moreno | 7100-000 | $0.00 | $13,500.00 | $13,500.00 | $0.00 |
| 21 | Sergio D Guerrero Sanchez | 7100-000 | $0.00 | $21,000.00 | $21,000.00 | $0.00 |
| 22 | Jorge Guerrero | 7100-000 | $0.00 | $31,500.00 | $31,500.00 | $0.00 |
| 23 | Jose S. Grimaldo Gutierrez | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| 24 | Cecilia Gomez & Oscar D Zermano | 7100-000 | $0.00 | $26,500.00 | $26,500.00 | $0.00 |
| 25 | Rafaela Castillo | 7100-000 | $0.00 | $5,600.00 | $5,600.00 | $0.00 |
| 26 | Maria Guadalupe Cortez | 7100-000 | $0.00 | $10,207.00 | $10,207.00 | $0.00 |
| 27 | Carlos Reyes Rascon | 7100-000 | $0.00 | $1,000.00 | $1,000.00 | $0.00 |
| 28 | Enrique Santos Jr. | 7100-000 | $0.00 | $9,000.00 | $9,000.00 | $0.00 |
| 29 | Sintique Sarahi Sanchez Lugo | 7100-000 | $0.00 | $9,000.00 | $9,000.00 | $0.00 |
| 30 | Eloy Chapa | 7100-000 | $0.00 | $15,500.00 | $15,500.00 | $0.00 |
| 31 | Rosalba Garcia | 7100-000 | $0.00 | $20,000.00 | $20,000.00 | $0.00 |
| 32 | Ismael Ponce Acosta | 7100-000 | $0.00 | $10,400.00 | $10,400.00 | $0.00 |
| 33 | Lesslie M. Valerio | 7100-000 | $0.00 | $13,500.00 | $13,500.00 | $0.00 |
| 34 | Abbey Garcia | 7100-000 | $0.00 | $5,900.00 | $5,900.00 | $0.00 |
| 35 | Connie L. Cortez | 7100-000 | $0.00 | $16,500.00 | $16,500.00 | $0.00 |
| 36U | Marissa Mares | 7100-000 | $0.00 | $12,750.00 | $12,750.00 | $0.00 |
| 37 | Rosalinda Felix & Juan J. Campos | 7100-000 | $0.00 | $11,210.00 | $11,210.00 | $0.00 |
| 38U | Elizabeth Gonzalez & David Figueroa | 7100-000 | $0.00 | $8,600.00 | $8,600.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | Rosa Garcia | 7100-000 | $0.00 | $16,800.00 | $16,800.00 | $0.00 |
| 40U | Rosa L. Beltran | 7100-000 | $0.00 | $11,150.00 | $11,150.00 | $0.00 |
| 41 | Alfredo Jurado Castaneda & Gabriela Zamarron Camacho | 7100-000 | $0.00 | $8,500.00 | $8,500.00 | $0.00 |
| 42 | Diego Alberto Casas | 7100-000 | $0.00 | $30,500.00 | $30,500.00 | $0.00 |
| 43 | Maria G. Martinez | 7100-000 | $0.00 | $46,000.00 | $46,000.00 | $0.00 |
| 44 | Santa Baez & Juan Arevalo | 7100-000 | $0.00 | $24,456.00 | $24,456.00 | $0.00 |
| 45 | Esmeralda Silva | 7100-000 | $0.00 | $11,030.51 | $11,030.51 | $0.00 |
| 46 | Eder Roustand | 7100-000 | $0.00 | $10,200.00 | $10,200.00 | $0.00 |
| 47 | Consuelo Davila & Armando Davila | 7100-000 | $0.00 | $41,000.00 | $41,000.00 | $0.00 |
| 48 | Genoveva Olvera | 7100-000 | $0.00 | $10,800.00 | $10,800.00 | $0.00 |
| 49 | Rose Mary Pinal | 7100-000 | $0.00 | $63,500.00 | $63,500.00 | $0.00 |
| 50 | Juventino Salmeron Jr. & Martha Zuniga de Salmeron | 7100-000 | $0.00 | $20,500.00 | $20,500.00 | $0.00 |
| 51 | Yasmin Rios | 7100-000 | $0.00 | $43,500.00 | $43,500.00 | $0.00 |
| 52 | Alan Sanchez | 7100-000 | $0.00 | $15,000.00 | $0.00 | $0.00 |
| 53 | Roberto Lee Acosta & Vicky Ramirez | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| 54 | Astrid Esmeralda Cortez | 7100-000 | $0.00 | $19,100.00 | $19,100.00 | $0.00 |
| 55 | Alex Lozoya | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| 56 | Jose Santos Cruz | 7100-000 | $0.00 | $6,000.00 | $6,000.00 | $0.00 |
| 57 | Leticia Puente Saenz & Saul F. Torres | 7100-000 | $0.00 | $42,822.26 | $42,822.26 | $0.00 |
| 58U | Gilberto Garcia Hernandez | 7100-000 | $0.00 | $17,900.00 | $17,900.00 | $0.00 |
| 59 | Martha I. Linares | 7100-000 | $0.00 | $23,000.00 | $23,000.00 | $0.00 |
| 60 | Jorge Luis Cantu | 7100-000 | $0.00 | $12,000.00 | $12,000.00 | $0.00 |
| 61 | Juan Enrique Wood | 7100-000 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 62 | Angel M. Garza | 7100-000 | $0.00 | $16,471.23 | $16,471.23 | $0.00 |
| 63 | Ernesto and Maria Flores | 7100-000 | $0.00 | $17,500.00 | $17,500.00 | $0.00 |
| 64 | Idalia T. Benavides | 7100-000 | $0.00 | $8,000.00 | $8,000.00 | $0.00 |
| 65 | Heraclio Garza | 7100-000 | $0.00 | $14,500.00 | $14,500.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Alvarado | | | | | |
| 66 | Blanca Estela Perez | 7100-000 | $0.00 | $27,000.00 | $27,000.00 | $0.00 |
| 67 | Maria V Manzanilla Vda de Rodriguez | 7100-000 | $0.00 | $22,500.00 | $22,500.00 | $0.00 |
| 68U | Jesus G. Gonzalez | 7100-000 | $0.00 | $26,730.00 | $26,730.00 | $0.00 |
| 69 | Claudia Mendoza & Joel Mendoza Jr. | 7100-000 | $0.00 | $13,300.00 | $13,300.00 | $0.00 |
| 70U | Catalina Martinez | 7100-000 | $0.00 | $7,150.00 | $7,150.00 | $0.00 |
| 71U | Gonzalo Socorro Cantu Flores | 7100-000 | $0.00 | $23,050.00 | $23,050.00 | $0.00 |
| 72 | Andres Deblas | 7100-000 | $0.00 | $17,000.00 | $17,000.00 | $0.00 |
| 73U | Teresa Placencia | 7100-000 | $0.00 | $51,150.00 | $51,150.00 | $0.00 |
| 74 | State of Texas | 7100-000 | $0.00 | $5,368,200.00 | $5,368,200.00 | $0.00 |
| 75U | Julia Dianeth Cortez | 7100-000 | $0.00 | $11,650.00 | $11,650.00 | $0.00 |
| 76U | Maribel Jaime | 7100-000 | $0.00 | $23,650.00 | $23,650.00 | $0.00 |
| 77 | Martha Zamarripa | 7100-000 | $0.00 | $17,871.00 | $17,871.00 | $0.00 |
| 78U | Jesus Alonzo Vera, Jr. and Lizette Carmona | 7100-000 | $0.00 | $19,650.00 | $19,650.00 | $0.00 |
| 79U | Jose Arebalo | 7100-000 | $0.00 | $34,350.00 | $34,350.00 | $0.00 |
| 80U | Arely Pena | 7100-000 | $0.00 | $27,750.00 | $27,750.00 | $0.00 |
| 81U | Javier Ramirez | 7100-000 | $0.00 | $14,050.00 | $14,050.00 | $0.00 |
| 82U | Alina Quintanilla | 7100-000 | $0.00 | $10,650.00 | $10,650.00 | $0.00 |
| 83U | Heberto Garcia, Jr. | 7100-000 | $0.00 | $6,150.00 | $6,150.00 | $0.00 |
| 84U | Ruben Hernandez & Yara D Euan de la Cruz | 7100-000 | $0.00 | $10,650.00 | $10,650.00 | $0.00 |
| 85U | Oscar S. Flores | 7100-000 | $0.00 | $3,150.00 | $3,150.00 | $0.00 |
| 86U | Armando Marcelo | 7100-000 | $0.00 | $14,250.00 | $14,250.00 | $0.00 |
| 87U | Israel Hernandez | 7100-000 | $0.00 | $24,150.00 | $24,150.00 | $0.00 |
| 88 | Yessica Aguayo & Nathanael Barrueta | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| 89U | Domingo Ortega, Jr. & Cristina Elizabeth Torres | 7100-000 | $0.00 | $23,150.00 | $23,150.00 | $0.00 |
| 90 | Jorge A. Garcia & Maria D Garcia | 7100-000 | $0.00 | $23,375.00 | $23,375.00 | $0.00 |
| 91 | Gerardo Zapata Ramirez | 7100-000 | $0.00 | $17,000.00 | $17,000.00 | $0.00 |
| 92 | Agustin Aguilar Martinez | 7100-000 | $0.00 | $4,500.00 | $4,500.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 93U | Fermin Villanueva | 7100-000 | $0.00 | $22,150.00 | $22,150.00 | $0.00 |
| 94U | Juan C. Garcia | 7100-000 | $0.00 | $26,900.00 | $26,900.00 | $0.00 |
| 95 | Erika Garcia | 7100-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| 96 | Osiel Barrera Jr. | 7100-000 | $0.00 | $22,400.00 | $22,400.00 | $0.00 |
| 97 | Armando Huerta & Maria Cristina Anzaldo B. | 7100-000 | $0.00 | $26,700.00 | $26,700.00 | $0.00 |
| 98 | Ernesto G. Rangel, Jr. & Arlin Rangel | 7100-000 | $0.00 | $12,850.00 | $12,850.00 | $0.00 |
| 99 | Jaime Ibarra Cortez | 7100-000 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 100 | Leonel Jaime Villarreal and Maricela Villarreal | 7100-000 | $0.00 | $7,900.00 | $7,900.00 | $0.00 |
| 101 | Romeo Villa | 7100-000 | $0.00 | $16,000.00 | $16,000.00 | $0.00 |
| 102 | Jose Angel Guerrero | 7100-000 | $0.00 | $32,740.00 | $32,740.00 | $0.00 |
| 103 | Graciel Contreras | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| 104 | Guadalupe Rodriguez & Elizabeth Rodriguez | 7100-000 | $0.00 | $22,000.00 | $22,000.00 | $0.00 |
| 105 | Beatriz A. Vasquez | 7100-000 | $0.00 | $19,200.00 | $19,200.00 | $0.00 |
| | CEMEX | 7100-000 | $13,000.00 | $0.00 | $0.00 | $0.00 |
| | Lopez Ready Mix Concrete | 7100-000 | $7,466.00 | $0.00 | $0.00 | $0.00 |
| | McCoy's Building Supply | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Tile & Decor | 7100-000 | $18,000.00 | $0.00 | $0.00 | $0.00 |
| | Transit Ready Mix Concrete | 7100-000 | $7,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $51,666.00 | $7,186,151.99 | $7,171,151.99 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 17-70072-EVR | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|
| Case Name: | MELENDEZ, ALEJANDRA | Date Filed (f) or Converted (c): | 06/30/2017 (c) |
| For the Period Ending: | 1/5/2021 | §341(a) Meeting Date: | 08/29/2017 |
| | | Claims Bar Date: | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 3905 Doveweed Mission TX Amistad Lot 3 Hidalgo County | $41,423.00 | $11,689.37 | OA | $0.00 | FA |
| Asset Notes: | TTE Ntc abandon 06/25/19 dkt 196 | | | | | |
| 2 | RANCHITOS ESCONDIDOS PH 2 LOT Hidalgo County | $64,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Odr MLS d 03/19/19 dkt 194 | | | | | |
| 3 | 2015 Audi A3 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | 2015 Ford F150 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Household | $140.00 | $0.00 | | $0.00 | FA |
| 6 | Electronics | $140.00 | $140.00 | | $140.00 | FA |
| 7 | Clothing | $274.00 | $0.00 | | $0.00 | FA |
| 8 | Firearm | $80.00 | $80.00 | | $80.00 | FA |
| 9 | Jewelry | $2,020.00 | $420.00 | | $420.00 | FA |
| 10 | Cash | $50.00 | $50.00 | | $50.00 | FA |
| 11 | Checking account Business Wells Fargo x - 3832 | $1,310.58 | $1,310.58 | | $1,310.58 | FA |
| 12 | Checking account Personal Plains Capital x-0658 | $0.00 | $209.97 | | $209.97 | FA |
| Asset Notes: | sched value <$499.99> | | | | | |
| 13 | Checking account Wf personal x-1605: | $1,588.14 | $4,195.14 | | $4,195.14 | FA |
| 14 | Accounts receivable | $323,625.00 | $323,625.00 | | $0.00 | FA |
| 15 | Office Equip | $190.00 | $190.00 | | $190.00 | FA |
| 16 | Inventory | $190.00 | $190.00 | | $190.00 | FA |
| 17 | Sanctions against Debtor (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| Asset Notes: | Odr d 09/19/17 dkt 112 compel pay by 10/15/17 | | | | | |
| 18 | 2705 Trey Leal Avenue Mission TX La Homa Springs, Ph 2 Lot 70 L-1157-02-000-0070-00 Hidalgo County | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed from final amended scheds d 10/13/17 dkt 113; value was $61,385.00 | | | | | |
| 19 | 3901 Myra Drive Mission TX  Basham NO. 42, Lot 3 Hidalgo County | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | removed from final amended scheds d 10/13/17 dkt 113; value was $37,426.00 | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 17-70072-EVR | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|
| Case Name: | MELENDEZ, ALEJANDRA | Date Filed (f) or Converted (c): | 06/30/2017 (c) |
| For the Period Ending: | 1/5/2021 | §341(a) Meeting Date: | 08/29/2017 |
| | | Claims Bar Date: | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20  Sports Equip | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** removed from final amended scheds d 10/13/17 dkt 113; value was $100.00 | | | | | |
| 21  Checking account Wells Fargo x-2047 | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** removed from final amended scheds d 10/13/17 dkt 113; value was $50 | | | | | |
| 22  Rents   (u) | $0.00 | $0.00 | | $350.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | |
|---|---|---|---|
| | $435,030.72 | $343,100.06 | $8,135.69 |

Gross Value of Remaining Assets
$0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/05/2021 | TDR to UST |
| 12/23/2020 | Doc 236-Order Approving Trustee's Compensation and Expenses (Related Doc # [232]). Signed on 12/23/2020 |
| 12/23/2020 | TFR ODR to PAY |
| 12/23/2020 | Distribution ck's as allowed per Odr d 12-23-2020 dkt 236 mailed out 12-23-2020 |
| 12/11/2020 | Forward the Melendez TFR and Trustee's Application for Compensation to Mr. Rivas (cristianrivas9709@gmail.com) per CSC request. |
| 12/01/2020 | TFR filed at court |
| 12/01/2020 | NFR filed (ECF #233) |
| 11/23/2020 | Revised TFR to UST |
| 10/26/2020 | TFR to UST |
| 10/24/2020 | TFR to CSC for review |
| 12/02/2019 | ODR' Doc #'s 207, 208, 209, 210, 211 212 & 213 on Obj to Clms |
| 08/08/2018 | TELECONFERENCE WITH ARMANDO AVALOS |
| | $25K OFFER TO PURCHASE MYRA PROPERTY CASH TAXES OWED $4800 |
| | DOVEWEED HAS RATS, NOT LIVABLE, WILL SELL LOT ONLY |
| | LOT ALONE WILL SELL FOR $15 - 17,500 POSS ABANDON |
| | RANCHITOS ESCONDIDOS ARMANDO SENT LETTER OF INTENT TO POT BUYERS YESTERDAY |
| 06/27/2018 | filed application to employ Armando Avalos, Real Estate Broker for property on Ranchitos Escondidos |
| 04/24/2018 | filed application to employ Andy Rozell as Special Counsel |
| 04/13/2018 | Odr settle w/State of TX (any clm will be amended w/in 10 days and allowed as unsec |
| 12/11/2017 | ATTENDED "TRAINING" TODAY AT ATLAS AND HALL WITH TRLA LEGAL CLINIC COORDINATOR WITH RHONDA CHANDLER, LAID OUT TRUSTEE'S POSITION ON HOW POCs BY AFFECTED CONSUMERS SHOULD BE FILLED OUT |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page No: 3      Exhibit 8

| **Case No.:** | 17-70072-EVR | **Trustee Name:** | Catherine S. Curtis |
| **Case Name:** | MELENDEZ, ALEJANDRA | **Date Filed (f) or Converted (c):** | 06/30/2017 (c) |
| **For the Period Ending:** | 1/5/2021 | **§341(a) Meeting Date:** | 08/29/2017 |
| | | **Claims Bar Date:** | 01/16/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2020      **Current Projected Date Of Final Report (TFR):** 12/31/2020

/s/ CATHERINE S. CURTIS
CATHERINE S. CURTIS

Page No: 1  Exhibit 9

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-70072-EVR | | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|---|
| Case Name: | MELENDEZ, ALEJANDRA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5072 | | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/27/2017 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 1/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/19/2017 | (13) | Wells Fargo | ck 0000160535 7-12-2017 WF bank funds turnover | 1129-000 | $25.00 | | $25.00 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.01 | $24.99 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.03 | $24.96 |
| 09/20/2017 | | CATHERINE S CURTIS | CK 1001 DATE 9-20-2017 FUNDS TURNED OVER IN CONVERTED CASE ORIGINALLY FROM WF ACCT | * | $6,760.69 | | $6,785.65 |
| | {13} | | | $20.00 | 1129-000 | | $6,785.65 |
| | {11} | | | $1,310.58 | 1129-000 | | $6,785.65 |
| | {13} | | | $4,150.14 | 1129-000 | | $6,785.65 |
| | {6} | | | $140.00 | 1129-000 | | $6,785.65 |
| | {8} | | | $80.00 | 1129-000 | | $6,785.65 |
| | {9} | | | $420.00 | 1129-000 | | $6,785.65 |
| | {10} | | | $50.00 | 1129-000 | | $6,785.65 |
| | {15} | | | $190.00 | 1129-000 | | $6,785.65 |
| | {16} | | | $190.00 | 1129-000 | | $6,785.65 |
| | {12} | | | $209.97 | 1129-000 | | $6,785.65 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.27 | $6,782.38 |
| 10/04/2017 | 1001 | International Sureties, Ltd | Bond #016071777 Period 10/1/17 - 10/1/18 | 2300-000 | | $2.15 | $6,780.23 |
| 10/16/2017 | (17) | ALEJANDRA MELENDEZ | MONEY ORDER C-9132075939 DATE 10-16-2017 PAYMENT OF SANCTIONS PER ORDER ON MOTION TO COMPEL d 09/19/17 dkt 112 | 1249-000 | $500.00 | | $7,280.23 |
| 10/16/2017 | (17) | ALEJANDRA MELENDEZ | MONEY ORDER C-9132075940 DATE 10-16-2017 PAYMENT PER ORDER ON MOTION TO COMPEL - SANCTIONS d 09/19/17 dkt 112 | 1249-000 | $500.00 | | $7,780.23 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $10.74 | $7,769.49 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.17 | $7,758.32 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.53 | $7,746.79 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.51 | $7,735.28 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $10.38 | $7,724.90 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.48 | $7,713.42 |
| | | | **SUBTOTALS** | | $7,785.69 | $72.27 | |

Page No: 2  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-70072-EVR | | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|---|
| Case Name: | MELENDEZ, ALEJANDRA | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5072 | | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/27/2017 | | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 1/5/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.09 | $7,702.33 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.44 | $7,690.89 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.06 | $7,679.83 |
| 07/19/2018 | (22) | ALEJANDRA MELENDEZ | MO 17-756559284 RENT FROM DOVE WEED PROPERTY MAY 2018 | 1222-000 | $350.00 | | $8,029.83 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.54 | $8,018.29 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.92 | $8,016.37 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.92) | $8,018.29 |
| 08/20/2018 | 1002 | Law Office Andrew K Rozell | Professional Fees per Ord ECF #173 | 3210-000 | | $1,675.00 | $6,343.29 |
| 08/20/2018 | 1003 | Law Office Andrew K Rozell | Professional Expenses per Odr ECF #173 | 3220-000 | | $401.00 | $5,942.29 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $103.99 | $5,838.30 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($103.99) | $5,942.29 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $8.83 | $5,933.46 |
| 09/30/2018 | 1004 | International Sureties, Ltd | 2018 Bond Inv # 0L507L777 | 2300-000 | | $1.95 | $5,931.51 |
| 08/06/2019 | 1005 | John Mosley | Allowed as per Odr d 8/5/19 dkt 198 | 3410-000 | | $760.00 | $5,171.51 |
| 10/07/2019 | 1006 | International Sureties, Ltd | 2019 Bond inv #016071777 d 10/02/19 | 2300-000 | | $1.81 | $5,169.70 |
| 03/19/2020 | 1007 | Hughes Watters Askanase, LLP | Fees & exp allowed per odr d 03/16/20 dkt 226 (only being paid $3,000.00 as case is administratively insolvent) | 3220-000 | | $3,000.00 | $2,169.70 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $3.16 | $2,166.54 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $3.15 | $2,163.39 |
| 10/05/2020 | 1008 | International Sureties, Ltd | Bond Inv # 016071777 | 2300-000 | | $0.74 | $2,162.65 |
| 12/23/2020 | 1009 | Catherine S. Curtis | Trustee Compensation | 2100-000 | | $957.56 | $1,205.09 |
| 12/23/2020 | 1010 | Catherine S. Curtis | Trustee Expenses | 2200-000 | | $555.09 | $650.00 |
| 12/23/2020 | 1011 | United States Trustee | Distribution on Claim #: 106; Amount Allowed: 650.00; Distribution Dividend: 100.00; | 2950-000 | | $650.00 | $0.00 |
| | | | SUBTOTALS | | $350.00 | $8,063.42 | |

Page No: 3   Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-70072-EVR | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|
| Case Name: | MELENDEZ, ALEJANDRA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5072 | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/27/2017 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 1/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $8,135.69 | $8,135.69 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $8,135.69 | $8,135.69 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,135.69 | $8,135.69 | |

**For the period of 2/27/2017 to 1/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $8,135.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,135.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,135.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,135.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/19/2017 to 1/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $8,135.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,135.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,135.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,135.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 17-70072-EVR | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|
| Case Name: | MELENDEZ, ALEJANDRA | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***5072 | Checking Acct #: | ******0072 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/27/2017 | Blanket bond (per case limit): | $115,993,000.00 |
| For Period Ending: | 1/5/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,135.69 | $8,135.69 | $0.00 |

**For the period of 2/27/2017 to 1/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $8,135.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,135.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,135.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,135.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/30/2017 to 1/5/2021**

| | |
|---|---|
| Total Compensable Receipts: | $8,135.69 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,135.69 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $8,135.69 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,135.69 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ CATHERINE S. CURTIS

CATHERINE S. CURTIS